989 A.2d 313

**Matthew DIX, Petitioner**

v.

**PENNSYLVANIA STATE POLICE DNA
DATA BANK, Respondent.**

**No. 139 EM 2009.**

Supreme Court of Pennsylvania.

Jan. 13, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of January, 2010, the Petition for Writ of Mandamus is **DENIED.**